EXHIBIT 2

<u>SUMMONS</u>

<u>SUMMONS</u>

EXHIBIT 2

FILED
2024 JUL 12 11:48 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 24-2-15632-1 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated, | No. |
| Plaintiff, | SUMMONS (20 DAYS) |
| v. | |
| HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HEWLETT PACKARD ENTERPRISE COMPANY, a foreign profit corporation; HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities, | |
| Defendants. | |

TO:     HP INC. DBA HP COMPUTING AND PRINTING INC.;

TO:     HELWETT PACKARD ENTERPRISE COMPANY;

TO:     HEWLETT-PAKCARD FINANCIAL SERVICES COMPANY; and

TO:     HP HEALTH SOLUTIONS INC.

A lawsuit has been started against you in the above entitled court by the above-captioned

plaintiff.  Plaintiff's claims are stated in the written complaint, a copy of which is served upon

you with this summons.

SUMMONS (20 DAYS) - 1

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

In order to defend against this lawsuit, you must respond by stating your defense in writing, and serve a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where the plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of The State of Washington.

DATED this 12th day of July, 2024.          Respectfully Submitted,


EMERY | REDDY, PLLC


By:    */s/ Timothy W. Emery*
       Timothy W. Emery, WSBA No. 34078
       Patrick B. Reddy, WSBA No. 34092
       Paul Cipriani, WSBA No. 59991
       Emery Reddy, PLLC
       600 Stewart Street, Suite 1100
       Seattle, WA 98101
       Phone: (206) 442-9106
       Fax: (206) 441-9711
       Email: emeryt@emeryreddy.com
       Email: reddyp@emeryreddy.com
       Email: paul@emeryreddy.com
       *Attorneys for Plaintiff*

EXHIBIT 3

CASE INFORMATION COVER SHEET

CASE INFORMATION COVER SHEET

EXHIBIT 3

FILED
2024 JUL 12 11:48 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 24-2-15632-1 SEA

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**FOR THE COUNTY OF KING**

| | |
|---|---|
| Katherine Wright | No. 24-2-15632-1  SEA |
| VS | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| HP Inc. | (CICS) |

**CAUSE OF ACTION**

TTO - Tort /Other

**AREA OF DESIGNATION**

SEA        Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.

EXHIBIT 4

ORDER SETTING CIVIL CASE SCHEDULE

ORDER SETTING CIVIL CASE SCHEDULE

EXHIBIT 4

FILED
2024 JUL 12 11:48 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 24-2-15632-1 SEA

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR THE COUNTY OF KING

| | |
|---|---|
| Katherine Wright | No. 24-2-15632-1  SEA |
| VS | **ORDER SETTING CIVIL CASE SCHEDULE** |
| HP Inc. | **ASSIGNED JUDGE: Andrea Darvas, Dept. 23**<br>FILED DATE: 07/12/2024<br>TRIAL DATE:07/14/2025 |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

## I.  NOTICES

**NOTICE TO PLAINTIFF:**
The Plaintiff may serve a copy of this **Order Setting Case Schedule (*Schedule*)** on the Defendant(s) along with the ***Summons and Complaint/Petition.***  Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the ***Summons and Complaint/Petition*** or (2) service of the Defendant's first response to the ***Complaint/Petition***, whether that response is a ***Notice of Appearance***, a response, or a Civil Rule 12 (CR 12) motion.  The ***Schedule*** may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLCR*] -- especially those referred to in this ***Schedule***. In order to comply with the ***Schedule***, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].

**You are required to give a copy of these documents to all parties in this case.**

## I. NOTICES (continued)

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS:**
A filing fee of **$240** must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of all parties and claims is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of all parties and claims is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING AND TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and crossclaims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a $250 arbitration fee**. If a party seeks a trial de novo when an arbitration award is appealed, a fee of $400 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
**All** parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements and/or Local Civil Rule 41.

**King County Local Rules are available for viewing at www.kingcounty.gov/courts/clerk.**

## II. CASE SCHEDULE

| * | CASE EVENT | EVENT DATE |
|---|---|---|
|   | Case Filed and Schedule Issued. | 07/12/2024 |
| * | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [*See KCLMAR 2.1(a) and Notices on Page 2*]. **$250 arbitration fee must be paid** | 12/20/2024 |
| * | **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration [*See KCLCR 4.2(a) and Notices on Page 2*]. | 12/20/2024 |
|   | **DEADLINE** for Hearing Motions to Change Case Assignment Area [*KCLCR 82(e)*]. | 01/03/2025 |
|   | **DEADLINE** for Disclosure of Possible Primary Witnesses [*See KCLCR 26(k)*]. | 02/10/2025 |
|   | **DEADLINE** for Disclosure of Possible Additional Witnesses [*See KCLCR 26(k)*]. | 03/24/2025 |
|   | **DEADLINE** for Jury Demand [*See KCLCR 38(b)(2)*]. | 04/07/2025 |
|   | **DEADLINE** for a Change in Trial Date [*See KCLCR 40(e)(2)*]. | 04/07/2025 |
|   | **DEADLINE** for Discovery Cutoff [*See KCLCR 37(g)*]. | 05/27/2025 |
|   | **DEADLINE** for Engaging in Alternative Dispute Resolution [*See KCLCR 16(b)*]. | 06/16/2025 |
|   | **DEADLINE**: Exchange Witness & Exhibit Lists & Documentary Exhibits [*KCLCR 4(j)*]. | 06/23/2025 |
| * | **DEADLINE** to file Joint Confirmation of Trial Readiness [*See KCLCR 16(a)(1)*] | 06/23/2025 |
|   | **DEADLINE** for Hearing Dispositive Pretrial Motions [*See KCLCR 56; CR 56*]. | 06/30/2025 |
| * | Joint Statement of Evidence [*See KCLCR 4 (k)*] | 07/07/2025 |
|   | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusions of Law with the Clerk) | 07/07/2025 |
|   | Trial Date [*See KCLCR 40*]. | 07/14/2025 |

*The * indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.*

## III. ORDER

Pursuant to King County Local Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above.  Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance.  It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.


DATED:    07/12/2024

_____
PRESIDING JUDGE

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE.**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule.  The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:**  If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:**  Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges.  The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**CASE SCHEDULE AND REQUIREMENTS:**  Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**

### A. Joint Confirmation regarding Trial Readiness Report
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g., interpreters, equipment).

The Joint Confirmation Regarding Trial Readiness form is available at www.kingcounty.gov/courts/scforms. If parties wish to request a CR 16 conference, they must contact the assigned court.  Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding the report.

### B. Settlement/Mediation/ADR
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand.  Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held.  FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

### C. Trial
Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court.  The Friday before trial, the parties should access the court's civil standby calendar on the King County Superior Court website www.kingcounty.gov/courts/superiorcourt to confirm the trial judge assignment.

## MOTIONS PROCEDURES

### A. Noting of Motions

**Dispositive Motions:**  All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge.  The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules.  Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part.  The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Non-dispositive Motions:**  These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered.  All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements.

Rather than noting a time of day, the Note for Motion should state "Without Oral Argument."  Local Civil Rule 7 governs these motions, which include discovery motions.  The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge.  All other motions should be noted and heard on the Family Law Motions calendar.  Local Civil Rule 7 and King County Family Law Local Rules govern these procedures.  The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

**Emergency Motions:**   Under the court's local civil rules, emergency motions will usually be allowed only upon entry of an Order Shortening Time.  However, some emergency motions may be brought in the Ex Parte and Probate Department as expressly authorized by local rule.  In addition,  discovery disputes may be addressed by telephone call and without written motion, if the judge approves in advance.

**B.  Original Documents/Working Copies/ Filing of Documents:  All original documents must be filed with the Clerk's Office.**  Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court.  The exceptions to the e-filing requirement are also available on the Clerk's Office website. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge.  The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom.  Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator.  Working copies can be submitted through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk/documents/eWC.

**Service of documents:** Pursuant to Local General Rule 30(b)(4)(B), e-filed documents shall be electronically served through the e-Service feature within the Clerk's eFiling application.  Pre-registration to accept e-service is required.  E-Service generates a record of service document that can be e-filed.  Please see the Clerk's office website at www.kingcounty.gov/courts/clerk/documents/efiling regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion.  **Do not file the original of the proposed order with the Clerk of the Court.**  Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order.  The court may distribute orders electronically.  Review the judge's website for information: www.kingcounty.gov/courts/SuperiorCourt/judges.

**Presentation of Orders for Signature:** All orders must be presented to the assigned judge or to the Ex Parte and Probate Department, in accordance with Local Civil Rules 40 and 40.1. Such orders, if presented to the Ex Parte and Probate Department, shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). If the assigned judge is absent, contact the assigned court for further instructions.  If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the  Ex Parte and Probate Department.**  Such orders shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department.  **If final order and/or formal proof are entered in the Ex Parte and Probate Department, counsel is responsible for providing the assigned judge with a copy.**

**C. Form**

Pursuant to Local Civil Rule 7(b)(5)(B), the initial motion and opposing memorandum shall not exceed 4,200 words and reply memoranda shall not exceed 1,750 words without authorization of the court. The word count includes all portions of the document, including headings and footnotes, except 1) the caption; 2) table of contents and/or authorities, if any; and 3): the signature block. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

***IT IS SO ORDERED. FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS. PLAINTIFF/PEITITONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.***

_____
PRESIDING JUDGE

# EXHIBIT 5

## DECL OF SERVICE – HP INC.

DECL OF SERVICE – HP INC.

EXHIBIT 5

ᴥᴥᴥ

ᴥᴥᴥᴥᴥᴥᴥᴥᴥᴥ

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF KING

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated, | NO. 24-2-15632-1 SEA |
| Plaintiff(s), | DECLARATION OF SERVICE OF: SUMMONS (20 DAYS); CLASS ACTION COMPLAINT FOR DISCRIMINATION; CASE INFORMATION COVER SHEET AND AREA DESIGNATION; ORDER SETTING CIVIL CASE SCHEDULE. |
| Vs. | |
| HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; et al., | |
| Defendant(s). | |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 10:06 A.M. on July 16th, 2024, at 711 Capitol Way South, Suite 204, Olympia, Washington, I duly served the above-described documents in the above-described matter upon HP, Inc., doing business as HP Computing and Printing, Inc., by then and there personally delivering a true and correct copy thereof by leaving the same with James Roberts, Representative for CT Corporation System, its Registered Agent.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

| | |
|---|---|
| Process Fee: 12.00 | Signed at Seattle, Washington, on   7/18/24 |
| Prep: 10.00 | |
| Travel: 45.00 | |
| Bad Address: | |
| SSA: | |
| Wait: | |
| Special Fee: | |
| Declaration Fee: 12.00 | |
| TOTAL   $ 79.00 | RICHARD KOHNENBERGER   KING CO. # 0203336 |

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

KATHERINE WRIGHT, individually and on behalf of all others similarly situated,

                        Plaintiff,

     v.

HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HEWLETT PACKARD ENTERPRISE COMPANY, a foreign profit corporation; HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,

                       Defendants.

No. 24-2-15632-1 SEA

SUMMONS (20 DAYS)

TO:    HP INC. DBA HP COMPUTING AND PRINTING INC.;

TO:    HELWETT PACKARD ENTERPRISE COMPANY;

TO:    HEWLETT-PAKCARD FINANCIAL SERVICES COMPANY; and

TO:    HP HEALTH SOLUTIONS INC.

A lawsuit has been started against you in the above entitled court by the above-captioned plaintiff. Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this summons.

SUMMONS (20 DAYS) - 1

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

EXHIBIT 6

DECL OF SERVICE – HP HEALTH SOLUTIONS INC.

DECL OF SERVICE – HP HEALTH SOLUTIONS INC.

EXHIBIT 6

ØŠÒÖ
GŒGⅠÁ̌Ŕ̌̌WŠÁGG
SŒ̌Õ̌Á̌ÒǓWÞ·V̌̌
Ù̌M̌Ú̌ÒⅡ̌Œ̌Ⅱ̌Á̌ÒǓW̌Ⅱ̌V̌ÁŠ̌ÒǙS

Ô̌Œ̌ǙÒ̌Á̌Ã̌Ŵ̌GⅠ̌Ĕ̌Ï̌Ⅰ̌Î̌ȞŒ̌Ÿ̌Á̌Ù̌Œ̌Œ

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF KING

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated, | NO. 24-2-15632-1 SEA |
| Plaintiff(s), | DECLARATION OF SERVICE OF: SUMMONS (20 DAYS); CLASS ACTION COMPLAINT FOR DISCRIMINATION; CASE INFORMATION COVER SHEET AND AREA DESIGNATION; ORDER SETTING CIVIL CASE SCHEDULE. |
| Vs. | |
| HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; et al., | |
| Defendant(s). | |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 10:06 A.M. on July 16th, 2024, at 711 Capitol Way South, Suite 204, Olympia, Washington, I duly served the above-described documents in the above-described matter upon HP Health Solutions, Inc., by then and there personally delivering a true and correct copy thereof by leaving the same with James Roberts, Representative for CT Corporation System, its Registered Agent.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

| | |
|---|---|
| Process Fee: | 12.00 |
| Prep: | 10.00 |
| Travel: | 45.00 |
| Bad Address: | |
| SSA: | |
| Wait: | |
| Special Fee: | |
| Declaration Fee: | 12.00 |

TOTAL    $ 79.00

Signed at Seattle, Washington, on  7/18/24

RICHARD KOHNENBERGER    KING CO. # 0203336

1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

8

9

| KATHERINE WRIGHT, individually and on behalf of all others similarly situated, | No. 24-2-15632-1 SEA |

10

Plaintiff,    SUMMONS (20 DAYS)

11

v.

12

13

14

15

16

17

HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HEWLETT PACKARD ENTERPRISE COMPANY, a foreign profit corporation; HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,

18

Defendants.

19

20

TO:    HP INC. DBA HP COMPUTING AND PRINTING INC.;

21

TO:    HELWETT PACKARD ENTERPRISE COMPANY;

22

TO:    HEWLETT-PAKCARD FINANCIAL SERVICES COMPANY; and

23

TO:    HP HEALTH SOLUTIONS INC.

24

25

26

A lawsuit has been started against you in the above entitled court by the above-captioned plaintiff.  Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this summons.

SUMMONS (20 DAYS) - 1

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

EXHIBIT 7

<u>DECL OF SERVICE – HP FINANCIAL SERVICES CO.</u>

<u>DECL OF SERVICE – HP FINANCIAL SERVICES CO.</u>

EXHIBIT 7

ØŠÒÖ
ŒŒGŒ ÁRWŠÁGG
SŒŒÕÁÔUWÐVŸ
ÙWÚÒÛŒÙÚÁÔUWÙVÁÒŠÒÛS

ÔŒÜÒŁÁÁWÆGŒŒÆÍ Î HŒÆ ÁŮŒŒ

### SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF KING

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated, | NO.  24-2-15632-1 SEA |
| Plaintiff(s), | DECLARATION OF SERVICE OF: SUMMONS (20 DAYS); CLASS ACTION COMPLAINT FOR DISCRIMINATION; CASE INFORMATION COVER SHEET AND AREA DESIGNATION; ORDER SETTING CIVIL CASE SCHEDULE. |
| Vs. | |
| HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; et al., | |
| Defendant(s). | |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 10:06 A.M. on July 16th, 2024, at 711 Capitol Way South, Suite 204, Olympia, Washington, I duly served the above-described documents in the above-described matter upon Hewlett-Packard Financial Services Company, by then and there personally delivering a true and correct copy thereof by leaving the same with James Roberts, Representative for CT Corporation System, its Registered Agent.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

| | | |
|---|---|---|
| Process Fee: | 12.00 | Signed at Seattle, Washington, on __7/18/24__ |
| Prep: | 10.00 | |
| Travel: | 45.00 | |
| Bad Address: | | |
| SSA: | | |
| Wait: | | |
| Special Fee: | | |
| Declaration Fee: | 12.00 | |
| TOTAL | $ 79.00 | RICHARD KOHNENBERGER    KING CO. # 0203336 |

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

KATHERINE WRIGHT, individually and on
behalf of all others similarly situated,

                     Plaintiff,

    v.

HP INC. DBA HP COMPUTING AND
PRINTING INC., a foreign profit corporation;
HEWLETT PACKARD ENTERPRISE
COMPANY, a foreign profit corporation;
HEWLETT-PACKARD FINANCIAL
SERVICES COMPANY, a foreign profit
corporation; HP HEALTH SOLUTIONS
INC., a foreign profit corporation; and DOES
1-20, as yet unknown Washington entities,

                     Defendants.

No. 24-2-15632-1 SEA

SUMMONS (20 DAYS)

TO:    HP INC. DBA HP COMPUTING AND PRINTING INC.;

TO:    HELWETT PACKARD ENTERPRISE COMPANY;

TO:    HEWLETT-PAKCARD FINANCIAL SERVICES COMPANY; and

TO:    HP HEALTH SOLUTIONS INC.

    A lawsuit has been started against you in the above entitled court by the above-captioned

plaintiff. Plaintiff's claims are stated in the written complaint, a copy of which is served upon

you with this summons.

SUMMONS (20 DAYS) - 1

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

EXHIBIT 8

DECL OF SERVICE – HP ENTERPRISE CO.

DECL OF SERVICE – HP ENTERPRISE CO.

EXHIBIT 8

ABC
LEGAL SERVICES
SUPPORT UNIT
PROCESSOR SERVICES

Order Number: 12345678ABC

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF KING

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated, | NO.  24-2-15632-1 SEA |
| Plaintiff(s), | DECLARATION OF SERVICE OF: SUMMONS (20 DAYS); CLASS ACTION COMPLAINT FOR DISCRIMINATION; CASE INFORMATION COVER SHEET AND AREA DESIGNATION; ORDER SETTING CIVIL CASE SCHEDULE. |
| Vs. | |
| HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; et al., | |
| Defendant(s). | |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 10:06 A.M. on July 16th, 2024, at 711 Capitol Way South, Suite 204, Olympia, Washington, I duly served the above-described documents in the above-described matter upon Hewlett-Packard Enterprise Company, by then and there personally delivering a true and correct copy thereof by leaving the same with James Roberts, Representative for CT Corporation System, its Registered Agent.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

| | |
|---|---|
| Process Fee: | 12.00 |
| Prep: | 10.00 |
| Travel: | 90.00 |
| Bad Address: | |
| SSA: | |
| Wait: | |
| Special Fee: | |
| Declaration Fee: | 12.00 |
| TOTAL | $124.00 |

Signed at Seattle, Washington, on  7/18/24

RICHARD KOHNENBERGER    KING CO. # 0203336

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HEWLETT PACKARD ENTERPRISE COMPANY, a foreign profit corporation; HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>       Defendants. | No. 24-2-15632-1 SEA<br><br>SUMMONS (20 DAYS) |

TO: HP INC. DBA HP COMPUTING AND PRINTING INC.;

TO: HELWETT PACKARD ENTERPRISE COMPANY;

TO: HEWLETT-PAKCARD FINANCIAL SERVICES COMPANY; and

TO: HP HEALTH SOLUTIONS INC.

 A lawsuit has been started against you in the above entitled court by the above-captioned plaintiff. Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this summons.

SUMMONS (20 DAYS) - 1

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

EXHIBIT 9

## NOA – HPI, HP HEALTH

## NOA – HPI, HP HEALTH

EXHIBIT 9

The Honorable Judge Andrea Darvas
Dept. 23
Trial Date: 07/14/2025

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

KATHERINE WRIGHT, individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HEWLETT PACKARD ENTERPRISE COMPANY, a foreign profit corporation; HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,

        Defendants.

No. 24-2-15632-1 SEA

**NOTICE OF APPEARANCE**

[*CLERK'S ACTION REQUIRED*]

TO:        Clerk of the Court

AND TO:    KATHERINE WRIGHT, Plaintiff

AND TO:    Timothy W. Emery, Patrick B. Reddy and Paul Cipriani of Emery Reddy, PLLC, Plaintiff's Attorneys of Record

    PLEASE TAKE NOTICE that Defendants HP INC. and HP HEALTH SOLUTIONS INC. ("Defendants"), without waiving any defense of lack of jurisdiction, improper venue, insufficiency of process, or insufficiency of service of process, hereby enter their appearance in the above-entitled action by and through the undersigned attorneys and request that notice of all further proceedings

NOTICE OF APPEARANCE - 1

1   in said action, except original process, be served upon the undersigned at the address stated below:

2

3                            Breanne S. Martell, WSBA #39632
                                    bsmartell@littler.com
4                             Daniel Rhim, WSBA #58302
                                      drihm@littler.com
5                              Littler Mendelson, P.C.
                            600 University Street, Suite 3200
6                               Seattle, WA 98101.3122
                                Phone:  206.623.3300
7                                 Fax:  206.447.6965

8   Dated: August 2, 2024

9

10                                        /s/ Breanne S. Martell
                                          Breanne S. Martell, WSBA #39632
11                                        bsmartell@littler.com

12                                        /s/ Daniel Rhim
                                          Daniel Rhim, WSBA #58302
13                                        drhim@littler.com

14                                        LITTLER MENDELSON, P.C.
                                          One Union Square
15                                        600 University Street, Suite 3200
                                          Seattle, WA 98101.3122
16                                        Phone:       206.623.3300
                                          Fax:         206.447.6965

17                                        Attorneys for Defendants
                                          HP Inc. and HP Health Solutions Inc.
18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2

1

## CERTIFICATE OF SERVICE

2

I am a resident of the State of Washington, over the age of eighteen years, and not a party

3    to the within action. My business address is One Union Square, 600 University Street, Ste. 3200,

4    Seattle, WA 98101. On August 2, 2024, I

5

| X | **ELECTRONICALLY FILED** the foregoing document(s) via the King County Superior Court E-Filing System and served a copy via the King County e-filing application, per Amended Local General Rule 30 requiring mandatory e-service of all electronic court filings. |
|---|---|

6

7

| ☐ | **EMAIL** to the email address(es) of the person(s) set forth below. |
|---|---|

8

| ☐ | **EMAIL** to the email address(es) of the person(s) set forth below, ***pursuant to the parties' e-mail service agreement.*** |
|---|---|

9

| ☐ | **U.S. MAIL** by placing a true copy for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Seattle, Washington addressed as set forth below. |
|---|---|

10

11

| ☐ | **PERSONAL DELIVERY** via legal messenger by causing a copy of the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below. |
|---|---|

12

13

| **Attorneys for Plaintiff**<br><br>Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>Paul Cipriani, WSBA #59991<br>EMERY REDDY, PLLC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: (206) 442-9106<br>Fax: (206) 441-9711<br>Email: emeryt@emeryreddy.com<br>Email: reddyp@emeryreddy.com<br>Email: paul@emeryreddy.com |
|---|

14

15

16

17

18

19

20

I declare under the penalty of perjury under the laws of the State of Washington that the

21    above is true and correct.

22

Executed on August 2, 2024, at Seattle, Washington.

23

24    */s/ Brianna Cruz-Ramos*

Brianna Cruz-Ramos

25    bcruzramos@littler.com

**LITTLER MENDELSON, P.C.**

26

4869-6009-3396.1 / 086660-1065

NOTICE OF APPEARANCE - 3

# EXHIBIT 10

## <u>NOA – HPE & HP FINANCIAL</u>

<u>NOA – HPE & HP FINANCIAL</u>

EXHIBIT 10

The Honorable Judge Andrea Darvas
Dept. 23
Trial Date: 07/14/2025

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated, | No. 24-2-15632-1 SEA |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | [*CLERK'S ACTION REQUIRED*] |
| HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HEWLETT PACKARD ENTERPRISE COMPANY, a foreign profit corporation; HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities, | |
| Defendants. | |

TO:            Clerk of the Court

AND TO:     KATHERINE WRIGHT, Plaintiff

AND TO:     Timothy W. Emery, Patrick B. Reddy and Paul Cipriani of Emery Reddy, PLLC, Plaintiff's Attorneys of Record

PLEASE TAKE NOTICE that Defendants HEWLETT PACKARD ENTERPRISE COMPANY and HEWLETT-PACKARD FINANCIAL SERVICES COMPANY ("Defendants"), without waiving any defense of lack of jurisdiction, improper venue, insufficiency of process, or insufficiency of service of process, hereby enter their appearance in the above-entitled action by

NOTICE OF APPEARANCE - 1

1    and through the undersigned attorneys and request that notice of all further proceedings in said

2    action, except original process, be served upon the undersigned at the address stated below:

3

4                            Breanne S. Martell, WSBA #39632
                                    bsmartell@littler.com
5                            Daniel Rhim, WSBA #58302
                                      drihm@littler.com
6                            Littler Mendelson, P.C.
                            600 University Street, Suite 3200
7                            Seattle, WA 98101.3122
                            Phone:  206.623.3122
                            Fax:  206.447.6965
8

9    Dated: August 2, 2024

10

11                                          /s/ Breanne S. Martell
                                            Breanne S. Martell, WSBA #39632
12                                          bsmartell@littler.com

13                                          /s/ Daniel Rhim
                                            Daniel Rhim, WSBA #58302
14                                          drhim@littler.com

15                                          LITTLER MENDELSON, P.C.
                                            One Union Square
16                                          600 University Street, Suite 3200
                                            Seattle, WA 98101.3122
17                                          Phone:      206.623.3300
                                            Fax:        206.447.6965
18
                                            Attorneys for Defendants
19                                          Hewlett Packard Enterprise Company, and
                                            Hewlett-Packard Financial Services Company.
20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2

1

## CERTIFICATE OF SERVICE

2

I am a resident of the State of Washington, over the age of eighteen years, and not a party

3

to the within action.  My business address is One Union Square, 600 University Street, Ste. 3200,

4

Seattle, WA  98101.  On August 2, 2024, I

5

6

| X | **ELECTRONICALLY FILED** the foregoing document(s) via the King County Superior Court E-Filing System and served a copy via the King County e-filing application, per Amended Local General Rule 30 requiring mandatory e-service of all electronic court filings. |
|---|---|

7

8

| ☐ | **EMAIL** to the email address(es) of the person(s) set forth below. |
|---|---|

9

| ☐ | **EMAIL** to the email address(es) of the person(s) set forth below, ***pursuant to the parties' e-mail service agreement.*** |
|---|---|

10

11

| ☐ | **U.S. MAIL** by placing a true copy for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Seattle, Washington addressed as set forth below. |
|---|---|

12

13

| ☐ | **PERSONAL DELIVERY** via legal messenger by causing a copy of the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below. |
|---|---|

14

| **Attorneys for Plaintiff**<br><br>Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>Paul Cipriani, WSBA #59991<br>EMERY REDDY, PLLC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: (206) 442-9106<br>Fax: (206) 441-9711<br>Email: emeryt@emeryreddy.com<br>Email: reddyp@emeryreddy.com<br>Email: paul@emeryreddy.com |
|---|

15

16

17

18

19

20

I declare under the penalty of perjury under the laws of the State of Washington that the

21

above is true and correct.

22

Executed on August 2, 2024, at Seattle, Washington.

23

24

*/s/ Brianna Cruz-Ramos*

Brianna Cruz-Ramos
bcruzramos@littler.com

25

**LITTLER MENDELSON, P.C.**

26

4888-9235-6820.1 / 086660-1065

NOTICE OF APPEARANCE - 3

EXHIBIT 11

<u>CERTIFICATE OF E-SERVICE – NOA'S</u>

<u>CERTIFICATE OF E-SERVICE – NOA'S</u>

EXHIBIT 11

SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR
THE COUNTY OF KING

| | |
|---|---|
| WRIGHT | |
| vs. | Case No.: 24-2-15632-1 SEA |
| HP INC ET AL | CERTIFICATE OF E-SERVICE |
| | (AFSRES) |

I, Breanne Sheetz Martell, certify that I initiated electronic service of the following document(s) on the parties listed below who have consented to accept electronic service via the King County eFiling Application.  Service was initiated on August 02, 2024 at 03:44:16 PM.

Document(s):

1.  NOTICE OF APPEARANCE OF DEFS. HPE & HPFS
2.  NOTICE OF APPEARANCE OF DEFS. HPI & HP HEALTH

Parties:

1.  Breanne Sheetz Martell, Attorney for Respondent/Defendant
    email: bsmartell@littler.com
2.  Paul Cipriani, Attorney for Petitioner/Plaintiff
    email: attorney@emeryreddy.com
3.  Timothy Emery, Attorney for Petitioner/Plaintiff
    email: attorney@emeryreddy.com
4.  Patrick Reddy, Attorney for Petitioner/Plaintiff
    email: attorney@emeryreddy.com

Executed this 2nd day of August, 2024.

s/ Breanne Sheetz Martell
WSBA #:    39632
906 NE 71st St.
Seattle, WA 98115
(206) 310-7972
bsmartell@littler.com

CERTIFICATE OF E-SERVICE - 1