UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HEWLETT PACKARD ENTERPRISE COMPANY, a foreign profit corporation; HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF KATHRYN HOOSON IN SUPPORT OF NOTICE OF REMOVAL** |

I, Kathryn Hooson, do hereby swear, affirm and attest as follows:

1. I am AMS Talent Acquisition, Senior Manager for Defendant HP Inc. I am over the age of 18 years and, except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so. I respectfully submit this declaration in support of Defendant HP Inc.'s Notice of Removal.

2. I have held my current position since November 2023, and previously worked for

HOOSON DECL. ISO NOTICE OF REMOVAL - 1

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

HP Inc. as Talent Acquisition Manager. In my current role, I am familiar with HP Inc.'s day-to-day business operations and have access to information and reports maintained and generated in the ordinary course of business concerning its job applicants. Since January 1, 2023, HP Inc. has advertised job postings for HP Inc.'s open positions that listed a location in the State of Washington ("Washington job openings"). I reviewed the job posting for the position to which Plaintiff allegedly applied, attached as Exhibit 1 to her Complaint. This position was posted solely by HP Inc., for employment with HP Inc. only, not with HP Health Solutions Inc., Hewlett Packard Enterprise Company, or Hewlett-Packard Financial Services Company.

3. HP Inc.'s talent acquisition database was queried to calculate the number of all applications for Washington job openings between January 1, 2023 and August 5, 2024. The query showed, between January 1, 2023 and August 5, 2024, more than 3,000 individuals submitted applications for HP Inc.'s Washington job openings.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 13th day of August, 2024 at Atlanta, Georgia.

*Kathryn Hooson*
Kathryn Hooson

HOOSON DECL. ISO NOTICE OF REMOVAL - 2

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on August 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Court and to the following:

**Attorneys for Plaintiff**

Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
Emery Reddy, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Tel: (206) 442-9106
Fax: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. Executed on August 15, 2024, at Seattle, Washington.

/s/ Liana Natividad
Liana Natividad
lnatividad@littler.com
**LITTLER MENDELSON, P.C.**

4890-1486-2038.1 / 109995-1093

HOOSON DECL. ISO NOTICE OF REMOVAL - 3

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300