UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HEWLETT PACKARD ENTERPRISE COMPANY, a foreign profit corporation; HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | Case No.<br><br>**DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY'S AND HEWLETT-PACKARD FINANCIAL SERVICES COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENTS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Court Rule 7.1, Defendants Hewlett Packard Enterprise Company ("HPE") and Hewlett-Packard Financial Services Company ("HPFS") hereby submit the following corporate disclosure statements:

Defendant HPE is a publicly traded corporation, and it has no parent corporation. HPE is organized under the laws of the State of Delaware, and its principal place of business is in Spring, Texas. Therefore, HPE is a citizen of Delaware and Texas.

DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY'S AND
HEWLETT-PACKARD FINANCIAL SERVICES COMPANY'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENTS - 1

Littler Mendelson, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

Defendant HPFS is a wholly owned subsidiary of HPE. HPFS is a corporation organized under the laws of Delaware, and its principal place of business is in Berkeley Heights, New Jersey. Therefore, HPFS is a citizen of Delaware and New Jersey.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: August 15, 2024

*s/ Breanne Martell*
Breanne Martell, WSBA #39632
bsmartell@littler.com

*s/ Derek A. Bishop*
Derek A. Bishop, WSBA #39363
debishop@littler.com

*s/ Daniel Rhim*
Daniel Rhim, WSBA #58302
drhim@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone:   206.623.3300
Facsimile:    206.447.6965

*Attorneys for Defendants*
*Hewlett Packard Enterprise Company and*
*Hewlett-Packard Financial Services Company*

DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY'S AND
HEWLETT-PACKARD FINANCIAL SERVICES COMPANY'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENTS - 2

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on August 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Court and to the following:

**Attorney for Plaintiff**

Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
Emery Reddy, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Tel: (206) 442-9106
Fax: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. Executed on August 15, 2024, at Seattle, Washington.

/s/ Liana Natividad
Liana Natividad
lnatividad@littler.com
**LITTLER MENDELSON, P.C.**

4869-9819-9766.1 / 086660-1065

---

DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY'S AND
HEWLETT-PACKARD FINANCIAL SERVICES COMPANY'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENTS - 3

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300