UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HEWLETT PACKARD ENTERPRISE COMPANY, a foreign profit corporation; HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:24-cv-01261<br><br>PLAINTIFF'S JURY DEMAND |

Pursuant to Fed. R. Civ. P. 38, the Plaintiff, Katherine Wright, hereby requests a trial by jury.

//

//

1 | DATED this 15th day of August, 2024.


1  DATED this 15th day of August, 2024.

2              RESPECTFULLY SUBMITTED:

3              EMERY | REDDY, PLLC

By: */s/ Timothy W. Emery*
By: */s/ Patrick B. Reddy*
By: */s/ Paul Cipriani*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Emery Reddy, PLLC
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: 206-442-9106
Email: emeryt@emeryreddy.com
         reddyp@emeryreddy.com
         paul@emeryreddy.com

*Attorneys for Plaintiff*

PLAINTIFF'S JURY DEMAND –
2:24-cv-01261
PAGE 2 OF 3

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following CM/ECF participants:

Breanne Martell, WSBA #39632
Derek A. Bishop, WSBA #39363
Daniel Rhim, WSBA #58302
Littler Mendelson, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-3300
Email: bsmartell@littler.com
Email: debishop@littler.com
Email: drhim@littler.com

Dated this 15th day of August, 2024, at Seattle, Washington.

*/s/ Jennifer Chong*
Jennifer Chong, Legal Assistant
jennifer@emeryreddy.com

PLAINTIFF'S JURY DEMAND –
2:24-cv-01261    PAGE 3 OF 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711