1                                            The Honorable Marsha J. Pechman

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF WASHINGTON

8

9  KATHERINE WRIGHT, individually and on behalf of all others similarly situated,

                             Case No. 2:24-cv-01261-MJP

10            Plaintiff,

                             **STIPULATED MOTION TO DISMISS**
11      v.                          **DEFENDANTS HEWLETT PACKARD**
                             **ENTERPRISE COMPANY AND**
12  HP INC. DBA HP COMPUTING AND    **HEWLETT-PACKARD FINANCIAL**
    PRINTING INC., a foreign profit corporation;  **SERVICES COMPANY WITHOUT**
13  HEWLETT PACKARD ENTERPRISE        **PREJUDICE**
    COMPANY, a foreign profit corporation;
14  HEWLETT-PACKARD FINANCIAL        **NOTED ON MOTION CALENDAR:**
    SERVICES COMPANY, a foreign profit      September 11, 2024
15  corporation; HP HEALTH SOLUTIONS INC.,
    a foreign profit corporation; and DOES 1-20,
16  as yet unknown Washington entities,

17           Defendants.

18

19        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Hewlett Packard

20  Enterprise Company ("HPE"), Hewlett-Packard Financial Services Company ("HPFS"), HP Inc.,

21  and HP Health Solutions Inc. ("HP Health"), through their attorneys, and Plaintiff Katherine Wright

22  ("Plaintiff"), through her attorneys, stipulate to dismiss Defendants HPE and HPFS from this action

23  without prejudice, and with each to bear its own attorneys' fees and costs. This Stipulation does not

24  affect Plaintiff's claims against Defendants HP Inc. and its subsidiary, HP Health, who remain

25  parties to this action.

26

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1   Dated: September 11, 2024

2

3   _s/ Paul Cipriani_                                    _s/ Breanne Martell_
    Timothy W. Emery, WSBA #34078              Breanne Martell, WSBA #39632
4   emeryt@emeryreddy.com                          bsmartell@littler.com
    Patrick B. Reddy, WSBA #34092                 Derek A. Bishop, WSBA #39363
5   reddyp@emeryreddy.com                          debishop@littler.com
    Paul Cipriani, WSBA #59991                      Daniel Rhim, WSBA #58302
6   paul@emeryreddy.com                             drhim@littler.com

7   EMERY REDDY, PLLC                             LITTLER MENDELSON, P.C.
    600 Stewart Street, Suite 1100                  One Union Square
8   Seattle, WA 98101                                 600 University Street, Suite 3200
    Tel: 206.442.9106                                  Seattle, WA 98101.3122
9   Fax: 206.441.9711                                 Tel:   206.623.3300
                                                              Fax:  206.447.6965
10  _Attorneys for Plaintiff Katherine Wright_
                                                          _Attorneys for Defendants HPE and HPFS_
11

12

13                                                        _s/ Breanne Martell_
                                                              Breanne Martell, WSBA #39632
14                                                         bsmartell@littler.com
                                                              Derek A. Bishop, WSBA #39363
15                                                         debishop@littler.com
                                                              Daniel Rhim, WSBA #58302
16                                                         drhim@littler.com

17                                                        LITTLER MENDELSON, P.C.
                                                              One Union Square
18                                                         600 University Street, Suite 3200
                                                              Seattle, WA 98101.3122
19                                                         Tel:   206.623.3300
                                                              Fax:   206.447.6965

20                                                        _Attorneys for Defendants HP Inc. and HP_
                                                          _Health_
21

22

23

24

25

26

STIPULATED MOTION TO DISMISS
DEFS. HPE AND HPFS - 2
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1

## CERTIFICATE OF SERVICE

2      I am a resident of the State of Washington, over the age of eighteen years, and not a party to

3  the within action.  My business address is One Union Square, 600 University Street, Ste. 3200,

4  Seattle, WA 98101.  I hereby certify that on September 11, 2024, I electronically filed the foregoing

5  document with the Clerk of the Court using the CM/ECF system, which will send notification of

6  such filing to the Court and to the following:

7      **Attorney for Plaintiff**

8      Timothy W. Emery, WSBA #34078
       Patrick B. Reddy, WSBA #34092
9      Paul Cipriani, WSBA #59991
       Emery Reddy, PLLC
10     600 Stewart Street, Suite 1100
       Seattle, WA 98101
11     Tel: (206) 442-9106
       Fax: (206) 441-9711
12     emeryt@emeryreddy.com
       reddyp@emeryreddy.com
13     paul@emeryreddy.com
       cailey@emeryreddy.com
14     lesley@emeryreddy.com
       alec@emeryreddy.com
15     stephen@emeryreddy.com
       callum@emeryreddy.com
16     jennifer@emeryreddy.com

17     I declare under penalty of perjury under the laws of the State of Washington that the

18  foregoing is true and correct.  Executed on September 11, 2024, at Seattle, Washington.

19

20          _/s/ Karen Fiumano Yun_
            Karen Fiumano Yun
21          kfiumano@littler.com
            **LITTLER MENDELSON, P.C.**

22  4877-1009-5841.3 / 086660-1065

23

24

25

26

STIPULATED MOTION TO DISMISS
DEFS. HPE AND HPFS - 3
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300