The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HEWLETT PACKARD ENTERPRISE COMPANY, a foreign profit corporation; HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | Case No. 2:24-cv-01261-MJP<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY AND HEWLETT-PACKARD FINANCIAL SERVICES COMPANY WITHOUT PREJUDICE** |

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Defendants Hewlett Packard Enterprise Company and Hewlett-Packard Financial Services Company Without Prejudice, and the Court having reviewed and considered the written submission of the parties and the relevant legal authorities:

IT IS HEREBY ORDERED that the Stipulated Motion to Dismiss Defendants Hewlett Packard Enterprise Company and Hewlett-Packard Financial Services Company Without Prejudice is hereby GRANTED.

[PROPOSED] ORDER GRANTING STIPULATION MOTION TO DISMISS DEFS. HPE AND HPFS - 1
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

Dated this _____ day of _____, 2024.

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*s/ Breanne Martell*
Breanne Martell, WSBA #39632
bsmartell@littler.com
Derek A. Bishop, WSBA #39363
debishop@littler.com
Daniel Rhim, WSBA #58302
drhim@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Tel:   206.623.3300
Fax:   206.447.6965

*Attorneys for Defendants HPE and HPFS*

*s/ Breanne Martell*
Breanne Martell, WSBA #39632
bsmartell@littler.com
Derek A. Bishop, WSBA #39363
debishop@littler.com
Daniel Rhim, WSBA #58302
drhim@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Tel:   206.623.3300
Fax:   206.447.6965

*Attorneys for Defendants HP Inc. and HP Health*

[PROPOSED] ORDER GRANTING STIPULATION
MOTION TO DISMISS DEFS. HPE AND HPFS - 2
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1

2  *s/ Paul Cipriani*
   Timothy W. Emery, WSBA #34078
3  emeryt@emeryreddy.com
   Patrick B. Reddy, WSBA #34092
4  reddyp@emeryreddy.com
   Paul Cipriani, WSBA #59991
5  paul@emeryreddy.com

6  EMERY REDDY, PLLC
   600 Stewart Street, Suite 1100
7  Seattle, WA 98101
   Tel: 206.442.9106
8  Fax: 206.441.9711

9  *Attorneys for Plaintiff Katherine Wright*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING STIPULATION
MOTION TO DISMISS DEFS. HPE AND HPFS - 3
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on September 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Court and to the following:

**Attorney for Plaintiff**

Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
Emery Reddy, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Tel: (206) 442-9106
Fax: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
cailey@emeryreddy.com
lesley@emeryreddy.com
alec@emeryreddy.com
stephen@emeryreddy.com
callum@emeryreddy.com
jennifer@emeryreddy.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. Executed on September 11, 2024, at Seattle, Washington.

/s/ Karen Fiumano Yun
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

4864-1386-0835.1 / 086660-1065

[PROPOSED] ORDER GRANTING STIPULATION MOTION TO DISMISS DEFS. HPE AND HPFS - 4
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300