The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and Does 1-20, as yet unknown Washington entities,<br><br>　　　　　　　　　Defendants. | No. 2:24-cv-01261-MJP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

This matter came regularly before the Court on Plaintiff's motion to remand. The Court considered Plaintiff's motion and supporting documents, Defendants' response and supporting documents, and Plaintiff's reply and supporting documents, and is otherwise fully apprised. Now, therefore, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's motion to remand is GRANTED and this action shall be remanded to King County Superior Court.

Dated this ____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Marsha J. Pechman

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO REMAND - 1

No. 2:24-cv-01261-MJP

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Presented by:

      EMERY | REDDY, PLLC

By:    */s/ Timothy W. Emery*
By:    */s/ Patrick B. Reddy*
By:    */s/ Paul Cipriani*
      Timothy W. Emery, WSBA No. 34078
      Patrick B. Reddy, WSBA No. 34092
      Paul Cipriani, WSBA No. 59991
      Emery Reddy, PLLC
      600 Stewart Street, Suite 1100
      Seattle, WA 98101
      Phone: (206) 442-9106
      Fax: (206) 441-9711
      Email: emeryt@emeryreddy.com
      Email: reddyp@emeryreddy.com
      Email: paul@emeryreddy.com
      *Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND - 2

No. 2:24-cv-01261-MJP

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711