The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendant. | Case No. 2:24-cv-01261-MJP<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR REMAND**<br><br>NOTED ON MOTION CALENDAR:<br>October 10, 2024 |

This matter having come before the Court on Plaintiff Katherine Wright's ("Plaintiff") Motion for Remand ("Motion"), ECF No. 12, and the Court having considered Plaintiff's Motion and supporting documents, Defendants HP Inc. and HP Health Solutions Inc.'s Opposition and supporting documents, Plaintiff's Reply and supporting documents, if any, and the pleadings and other papers presently on file with the Court, it is hereby ORDERED as follows:

Based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Remand is hereby **DENIED**.

//

//

//

[PROPOSED] ORDER DENYING MOTION FOR REMAND - 1
CASE NO. 2:24-CV-01261-MJP

Littler Mendelson, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1   DATED this ____ day of _____, 2024.

_____
The Honorable Marsha J. Pechman
U.S. DISTRICT COURT JUDGE

*Presented by:*

*/s/ Breanne Martell*_____
Breanne Martell, WSBA #39632
bsmartell@littler.com
Derek Bishop, WSBA #39363
debishop@littler.com
Daniel Rhim, WSBA #58302
drhim@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122

*Counsel for Defendants*

[PROPOSED] ORDER DENYING MOTION FOR REMAND - 2
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on October 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Court and to the following:

**Attorney for Plaintiff**

Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
Emery Reddy, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Tel: (206) 442-9106
Fax: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
cailey@emeryreddy.com
lesley@emeryreddy.com
alec@emeryreddy.com
stephen@emeryreddy.com
calum@emeryreddy.com
jennifer@emeryreddy.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. Executed on October 3, 2024, at Seattle, Washington.

*/s/ Karen Fiumano Yun*
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

4867-6187-2356.1 / 086660-1065

[PROPOSED] ORDER DENYING MOTION FOR REMAND - 3
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300