The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendant. | Case No. 2:24-cv-01261-MJP<br><br>**DECLARATION OF BREANNE MARTELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND**<br><br>NOTED ON MOTION CALENDAR:<br>October 10, 2024 |

I, Breanne Martell, do hereby swear, affirm and attest as follows:

1.  I am an attorney with the law firm Littler Mendelson P.C., counsel for Defendants in the above-captioned matter. I am over the age of 18 years and have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so. I respectfully submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Remand.

2.  Plaintiff's counsel has filed approximately 150 putative class actions asserting claims under RCW 49.58.110 on behalf of at least 25 named plaintiffs since fall 2023 ("EPOA cases"). Attorneys working under my direction have compiled a chart based on publicly filed documents showing settlements entered into by Plaintiff's counsel in EPOA cases, which is attached as Exhibit

MARTELL DECL. ISO DEFS' OPPOSITION
TO PLAINTIFF'S MOTION TO REMAND - 1
CASE NO. 2:24-CV-01261-MJP

Littler Mendelson, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1  16.

2    3.    Attached as **Exhibit 1** is a true and correct copy of the complaint in *Floyd v. Insight Global, LLC*, No. 2:23-cv-01680-BJR, ECF No. 1-1 (W.D. Wash.).

4.    Attached as **Exhibit 2** is a true and correct copy of the complaint in *Atkinson v. Aaron's, LLC*, No. 2:23-cv-01742-BJR, ECF No. 1-1 (W.D. Wash.).

5.    Attached as **Exhibit 3** is a true and correct copy of the complaint in *David v. Herc Rentals Inc.*, No. 2:24-cv-00175-BJR, ECF No. 1-1 (W.D. Wash.).

6.    Attached as **Exhibit 4** is a true and correct copy of the complaint in *Floyd v. DoorDash, Inc.*, No. 2:23-cv-01740-BJR, ECF No. 1-1 (W.D. Wash.).

7.    Attached as **Exhibit 5** is a true and correct copy of the complaint in *Spencer v. RXO Inc.*, No. 2:23-cv-01760-BJR, ECF No. 1-2 (W.D. Wash.).

8.    Attached as **Exhibit 6** is a true and correct copy of the complaint in *Spencer v. Vera Whole Health, Inc.*, No. 2:24-cv-00337-MJP, ECF No. 1-1 (W.D. Wash.).

9.    Attached as **Exhibit 7** is a true and correct copy of the complaint in *Atkinson v. Penney Opco LLC*, No. 2:23-cv-01806-BJR, ECF No. 1-1 (W.D. Wash.).

10.    Attached as **Exhibit 8** is a true and correct copy of the complaint in *Watson v. Deacon Constr. LLC*, No. 2:24-cv-00082-BJR, ECF No. 1-1 (W.D. Wash.).

11.    Attached as **Exhibit 9** is a true and correct copy of the complaint in *Liu v. Veeva Systems Inc.*, No. 2:23-cv-01784-BJR, ECF No. 1-1 (W.D. Wash.).

12.    Attached as **Exhibit 10** is a true and correct copy of the complaint in *Kent v. Tech Mahindra*, No. 2:24-cv-01168-BJR, ECF No. 1-2 (W.D. Wash.).

13.    Attached as **Exhibit 11** is a true and correct copy of Plaintiff's Response In Opposition To Defendants' Motion to Dismiss in *Kent v. Tech Mahindra*, No. 2:24-cv-01168-BJR, ECF No. 15 (W.D. Wash.).

14.    Attached as **Exhibit 12** is a true and correct copy of the Notice of Removal in *Spencer v. Vera Whole Health*, No. 2:24-cv-00337-MJP, ECF No. 1 (W.D. Wash.).

MARTELL DECL. ISO DEFS' OPPOSITION
TO PLAINTIFF'S MOTION TO REMAND - 2
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

15. Attached as **Exhibit 13** is a true and correct copy of Plaintiff's Motion for Remand in *Spencer v. Vera Whole Health*, No. 2:24-cv-00337-MJP, ECF No. 10 (W.D. Wash.)

16. As an experienced class action attorney who has defended employers in putative class actions for over a decade, including in Washington state and federal courts as well as federal courts across the country, I anticipate the parties will engage in significant motion practice during discovery, class certification, and summary judgment.

17. Specifically, among other topics, discovery on Plaintiff's individual claims will include her job applications, related job search activities, and related third-party discovery; Plaintiff's employment history, including her qualifications, credentials, interests, and related third-party discovery; Plaintiff's internet activity, including her job posting search and browsing history; and Plaintiff's financial records as she claims her "current and lifetime wages" have been impacted.

18. Attached as **Exhibit 14** is a true and correct copy of Plaintiff's counsel's Declaration in Support of Unopposed Motion for Preliminary Approval of Class Action in one of their EPOA cases, *Destinee Moliga v. Qdoba Rest. Corp.*, No. 23-2-11540-6 SEA (King Cty. Mar. 25, 2024).

19. Attached as **Exhibit 15** is a true and correct copy of Plaintiff's counsel's Declaration in Support of Unopposed Motion for Preliminary Approval of Class Action in another one of their EPOA cases, *Nicole Yount v. Diamond Parking, Inc.*, No. 23-2-19309-1 SEA (King Cty. Mar. 15, 2024).

20. Attached as **Exhibit 16** is a true and correct copy of a summary of Plaintiff's counsel's attorneys' fees in settlements in EPOA cases to date.

I declare under penalty of perjury under the laws of the United States that the foregoing testimony is true and correct.

Executed this 3rd day of October, 2024, at Seattle, Washington.

*/s/ Breanne Martell*
Breanne Martell

MARTELL DECL. ISO DEFS' OPPOSITION
TO PLAINTIFF'S MOTION TO REMAND - 3
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on October 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Court and to the following:

**Attorney for Plaintiff**

Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
Emery Reddy, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Tel: (206) 442-9106
Fax: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
cailey@emeryreddy.com
lesley@emeryreddy.com
alec@emeryreddy.com
stephen@emeryreddy.com
calum@emeryreddy.com
jennifer@emeryreddy.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. Executed on October 3, 2024, at Seattle, Washington.

*/s/ Karen Fiumano Yun*
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

4895-8889-8788.2 / 086660-1065

MARTELL DECL. ISO DEFS' OPPOSITION
TO PLAINTIFF'S MOTION TO REMAND - 4
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300