EXHIBIT 16

EXHIBIT 16

**RECENT SETTLEMENTS**

| | Case | Dkt No(s). | Attorney Fees | Claims Made (Y/N) |
|---|---|---|---|---|
| 1. | *Moliga v. Qdoba*, No. 23-2-11540-6 SEA, King County Superior Court | Dkt. No. 24 – Minute Entry Granting Plaintiff's Motion of Final Approval of Class Action Settlement, dated July 19, 2024 | $1,210,000 | Y |
| 2. | *Yount v. Diamond Parking Inc., et al.*, No. 23-2-103109-1 SEA, King County Superior Court | Dkt. No. 36 – Minute Entry Granting Plaintiff's Motion for Final Approval of Class Action Settlement, dated August 23, 2024 | $300,560.75 | Y |
| 3. | *Yount v. Cintas Corp., et al.*, No. 23-2-19408-0 SEA, King County Superior Court | Dkt. No. 28 - Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement and Setting Approval Hearing Date, dated July 19, 2024 | $885,000 | Y |
| 4. | *Spencer v. Mastercard*, No. 23-2-19564-7 SEA, King County Superior Court | Dkt. No. 25 – Unopposed Motion for Preliminary Approval of Class Action Settlement, dated July 8, 2024 | $316,830 | Y |
| 5. | *Atkinson v. AMF Bowling*, No. 23-2-10916-6 SEA, King County Superior Court | Dkt. No. 31 – Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement, dated July 25, 2024 | $938,100 | Y |
| 6. | *Atkinson v. Burberry*, No. 23-2-19460-8 SEA, King County Superior Court | Dkt. No. 30 – Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement, dated August 22, 2024 | $55,000 | Y |
| 7. | *Moliga v. Marriott Int'l Inc.*, No.23-2-19493-4 SEA, King County Superior Court | Dkt. No. 32 – Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement, dated August 29, 2024 | $1,109,790 | Y |
| 8. | *Atkinson v. Sonesta Int'l Hotels Corporation, et al.*, No. 23-2-19802-6 SEA, King County Superior Court | Dkt. No. 39 – Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement, dated September 6, 2024 | $228,878.70 | Y |
| 9. | *Yount v. Sharp Electronics Corp.*, No. 23-2-19425-0 SEA, King County Superior Court | Dkt. No. 22 – Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement, dated August 23, 2024 | $285,560 | Y |
| 10. | *Yount v. Northwest Restaurants, Inc. d/b/a Taco Bell*, No. 23-2- | Dkt. No. 19 – Order Granting Unopposed Motion for Preliminary Approval of | $590,000 | N/A |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 19399-7 SEA, King County Superior Court | Class Action Settlement, dated August 23, 2024 |  |  |
| 11. | *Spencer v. Conifer Revenue Cycle Solutions, LLC.*, No. 23-2-19345-8 SEA, King County Superior Court | Dkt. No. 27 – Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement, dated August 23, 2024 | $640,740 | **Y** |
| 12. | *Floyd v. Doordash, Inc.*, No. 23-2-19559-1 SEA, King County Superior Court | Dkt. No. 32 – Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement, dated August 23, 2024 | $152,810 | **Y** |
|  |  | **TOTAL** | **$6,713,269.00** |  |