The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

KATHERINE WRIGHT, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HP INC. DBA HP COMPUTING AND PRINTING INC., a foreign profit corporation; HP HEALTH SOLUTIONS INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,

Defendants.[1]

Case No. 2:24-cv-01261-MJP

**PRAECIPE TO SUPPLEMENT DECLARATION OF KATHY HOOSON IN SUPPORT OF NOTICE OF REMOVAL**

**[CLERK'S ACTION REQUIRED]**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to LCR 7(m), and in order to clarify the record, Defendant HP Inc. ("HP") hereby files this Praecipe to supplement the August 15, 2024 Declaration of Kathy Hooson in Support of Notice of Removal (ECF No. 2).

In Plaintiff's Reply In Support of Motion to Remand, Plaintiff clarified for the first time that she does not seek to represent non-Washington residents and non-U.S. citizens (ECF No. 16, p. 9). This limitation is not clear from the "Class Definition" in Plaintiff's Complaint, which states that it includes all individuals who "applied for a job opening in the State of Washington" (ECF No. 1-2,

---

[1] The parties stipulated to dismiss Defendants Hewlett Packard Enterprise Company and Hewlett-Packard Financial Services on September 11, 2024, which the Court granted. Dkt. Nos. 10-11.

PRAECIPE TO FILE NEW DECLARATION OF KATHY HOOSON - 1
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1  ¶ 43). While HP maintains that no class can be certified, HP agrees with this limitation. However, HP notes that the location of the job is not necessarily the same as the location of the individual who submits an application.

A corrected copy of Ms. Hooson's declaration is attached as Exhibit A. The corrected copy adds one sentence to the end of Paragraph 3 clarifying that the original count of "more than 3,000 individuals [who] submitted applications for HP Inc.'s Washington job openings" only includes individuals who identified their address as being in Washington State. The corrected copy of the declaration also revises the date of signature for accuracy. HP respectfully requests that the Clerk append this Praecipe and Exhibit A to Ms. Hooson's August 15, 2024 declaration.

Dated: October 23, 2024

/s/ Breanne Martell
Breanne Martell, WSBA #39632
bsmartell@littler.com
Derek A. Bishop, WSBA #39363
debishop@littler.com
Daniel Rhim, WSBA #58302
drhim@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone:   206.623.3300
Facsimile:    206.447.6965

Attorneys for Defendants

PRAECIPE TO FILE NEW DECLARATION OF KATHY HOOSON - 2
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on October 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Court and to the following:

**Attorney for Plaintiff**

Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
Emery Reddy, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Tel: (206) 442-9106
Fax: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
cailey@emeryreddy.com
lesley@emeryreddy.com
alec@emeryreddy.com
stephen@emeryreddy.com
calum@emeryreddy.com
jennifer@emeryreddy.com

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct. Executed on October 23, 2024, at Seattle, Washington.

/s/ Katie Angelikis
Katie Angelikis, Attorney Practice Coordinator
kangelikis@littler.com
**LITTLER MENDELSON, P.C.**

4887-1233-4832.2 / 086660-1065

PRAECIPE TO FILE NEW DECLARATION OF KATHY HOOSON - 3
CASE NO. 2:24-CV-01261-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300