**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

November 20, 2024

King County Superior Court
516 Third Avenue E609
Seattle, WA 98104

RE: *Wright v. HP Inc et al*
Case #2:24–cv–01261–MJP

Dear Clerk:

Please find enclosed the certified copy of Judge Marsha J. Pechman's *Order Remanding Case to State Court* in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 24–2–15632–1–SEA

*Assigned to Judge*:_____

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Kathleen R Albert,
*Deputy Clerk*

Enclosures